■ LESLIE MARSHALL et al., Doing Business under the Name of Z. S. MARSHALL & COMPANY, Appellants, v. SALVATORE B. AVERNA, Doing Business as BILLY'S GENERAL TRUCKING Co., Defendant, and ALEX FRIEDLANDER, Doing Business as REMA MANUFACTURING COMPANY, Respondent. — In an action by a bailor against a bailee to recover damages for breach of the contract of bailment, the appeal is from a judgment in favor of the respondent dismissing the complaint upon the merits, after a trial before the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ PHILIP NOSTRO, Respondent, et al., Plaintiff, v. WILLIAM GIANGRANDE, Appellant, et al., Defendant.— In an action to recover damages for personal injuries sustained when two motor vehicles collided at a street intersection, the appeal is from a judgment entered on a decision of the court after trial in favor of respondent against appellant. There is a dispute as to whether respondent was the operator of, or a passenger in, the vehicle in which he was riding. The undisputed evidence shows that this vehicle struck the side of appellant's vehicle and that respondent suffered abdominal injuries. Judgment reversed and new trial granted, with costs to abide the event. The finding that respondent was injured solely by reason of the negligence of appellant is against the weight of the evidence. Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ ANGELINA RUISI, Respondent, v. LOPER BROS. LUMBER CO., INC., Appellant.— Action to recover damages for breach of express and implied warranties. Appellant had sold respondent a product labeled " Bondex ", and she was injured when she used it. The appeal is from so much of an order as grants leave to serve an amended complaint increasing the demand for damages. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ CAROLINE SMULCZESKI, Appellant, v. CITY CENTER OF MUSIC AND DRAMA, INC., Respondent.— In an action to recover damages for personal injuries, the appeal is from a judgment entered on a jury verdict in favor of respondent. Judgment unanimously affirmed, with costs. While we consider that the court erred in charging the jury that notice of improper lighting is required, we feel this error was substantially corrected by the subsequent charge, at appellant's request, that the duty to provide adequate lighting is, under section C26–743.0 of the Administrative Code of the City of New York, an absolute duty, and by the reading of said section to the jury. We further find that on the evidence presented by this record, the error, though not entirely corrected, cannot be said to have affected the verdict or to have prejudiced appellant. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.